UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Raymond B. Watson and Shannon M. Watson<br>Debtor, | Chapter: 13<br>Case No: 15–13803<br>Judge Joan N. Feeney |

## ORDER REGARDING DEFICIENT FILING
(POC and Related Documents)

**NOTICE IS HEREBY GIVEN** that your recent filing of **Notice of Mortgage Payment Change (Claim # 4)** on **NOVEMBER 1, 2017** in the above referenced case was deficient and/or defective. A Corrective Entry has been made by the Court to DISREGARD the document and inform you that **no change has been made to the Court's records.**

**You are hereby ORDERED to file the correct document as noted below. Forms are available at www.mab.uscourts.gov .**

☐     **Incorrect Form Filed (Chapter 13).** Please refile using Local Form 18 Notice of Address Change: Payment and/or Notice of Address <u>or</u> file an amended Proof of Claim.

☐     **Claimholder of Record is Different.** The identity of the claimholder on file with the Court is different from the claimholder listed on the document that you filed.

1. **To change the payment or notice address on a claim.** The claimholder of record or their authorized agent holding a notarized Power of Attorney or other notarized agreement may file an Amended Proof of Claim (Official Form 410) or file a "Notice of Address Change: Payment and/or Notice Address" (Local Form 18). Notarized copies reflecting the authority to file on behalf of the claimholder must be filed as an attachment.
2. **To transfer ownership of a claim.** A Notice of Transfer/Assignment of Claim (Director's Form 2100A) must be filed and a fee of $25.00 payable to the U.S. Bankruptcy Court. See FRBP 3001.

Please file the appropriate document in accordance with whichever of the options listed above is applicable.

☑     **Transfer of Claim.** A change to the identity of the claimholder may not be effectuated by filing a (1) Notice of Mortgage Payment Change, (2) Notice of Postpetition Fees and Expenses or (3) a Response to Notice of Final Cure. <u>No change has been made to the Court's claim registry.</u> Please file a Notice of Transfer/Assignment of Claim (Director's Form 2100A) and pay the $25.00 fee to the U.S. Bankruptcy Court.     **HSBC is the claimholder of record.**

☐     **Declaration Re: Electronic Filing.** Local Form 7 is required. See MLBR Appendix 8 MEFR 7(a). Please file Local Form 7.

☐     **Signature Issue.** Pursuant to the Massachusetts Local Bankruptcy Rules, Appendix 8, MEFR 8, the login and password of an ECF registered user serves as the signature on a document along with a scanned original or imaged signature or "/s/[your name]". A document that contains the signature of one other than the ECF Registered user must be filed with a scanned or imaged signature (not "/s/[your name]") along with a Declaration Re: Electronic Filing (Local Form 7.) You must refile the document and either:

1. Be sure that the electronic signature "/s/[your name]" is the same as the Registered User in the Court's electronic filing system, or
2. Provide a scanned original or imaged signature on the document along with a signed Declaration Re: Electronic Filing (Local Form 7.) Forms are available at www.mab.uscourts.gov.

☐ **Document docketed using wrong event.** Due to the deficiency, no address changes have been made to the Court's official records. Please refile using the event "Notice of Change of Address (Proof of Claim)".

☐ **Notice of Withdrawal of Claim.** The identity of the claimholder on file with the Court is different from the claimholder listed on the document filed by you. Please provide notarized documentation of your authority to file this notice on behalf of the claimholder or, if the claim has been transferred/assigned, file a Notice of Transfer/Assignment of Claim (Director's From 2100A) and pay the $25.00 fee to the U.S. Bankruptcy Court, then withdraw the claim.

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **NOVEMBER 20, 2017** .

FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION THAT COULD AFFECT YOUR RIGHTS INCLUDING, BUT NOT LIMITED TO, DENIAL OF THE RELIEF OR ACTION REQUESTED OR STRIKING YOUR CLAIM, AS APPROPRIATE.

YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.

| ⦿ United States Bankruptcy Court<br>John W. McCormack Post Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |
|---|---|---|

Date:11/6/17

By the Court,

William McLeod
Deputy Clerk
617–748–5351

38 −