B2100 (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of Massachusetts

In Re Raymond B. Watson and Shannon M. Watson        Case No: 15-13803-JNF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MTGLQ Investors, LP<br>Name of Transferee | Last Four Digits of Acct #3762<br>HSBC Bank USA, N.A.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708<br><br>Phone: 888-699-5600<br>Last Four Digits of Acct #3762 | Court Claim # (if known): 4<br>Amount of Claim: $200,085.06<br>Date Claim Filed: 11/30/15<br><br>Phone:<br>Last Four Digits of Acct #2033 |
| Name and Address where transferee payments should be sent (if different then above):<br>Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708<br>Phone: 888-699-5600 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Mele Uasi_                                    Date: 1/24/18
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

**OFFICIAL LOCAL FORM 7**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: Raymond B. Watson and Shannon M. Watson                Case No: 15-13803-JNF

                        Debtors                               Chapter: 13

**DECLARATION RE: ELECTRONIC FILING**

**PART I - DECLARATION**

I _Mele Uasi_ of Rushmore Loan Management Services LLC, hereby declare(s) under penalty of perjury that all of the information contained in my Transfer of Claim Other Than For Security ("Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: _1/24/18_          (Affiant) _Mele Uasi_

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: _____          Signed: _____
                                       (Attorney for Affiant - /s/used by Registered ECF Users Only)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: 15-13803-JNF | ) | Chapter 13 Proceeding |
| | ) | |
| Raymond B. Watson | ) | |
| and Shannon M. Watson | ) | |
| Debtors | ) | |
| | ) | |
| MTGLQ Investors, LP | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond B. Watson and Shannon M. Watson | ) | |
| and Carolyn Bankowski-13, Trustee | ) | |
| Respondent | ) | January 25, 2018 |

**CERTIFICATION OF SERVICE**

The undersigned (the "Movant") hereby certifies that, on or before the 25th day of January, 2018, a copy of the Transfer of Claim Other Than For Security and Declaration Re: Electronic Filing were served to the following:

Raymond B. Watson
Shannon M. Watson
Debtors
18 McGuerty Rd
Harwich, MA 02645
*Via First Class Mail*

Carolyn Bankowski-13
Trustee
*Via Electronic Notice of Filing*

Harwich Town Hall
732 Main Street
Harwich, MA 02645

Thomas Benner
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By /s/ Derek A. Castello
Derek A. Castello
BBO# 690007
The Movant's Attorney
Bendett & McHugh, PC
60 Man-Mar Drive, Suite 7
Plainville, MA 02762

Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com